UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

JUL 1 8 2018

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CR. NO. H-18- |
| | § | |
| TUKU BABY SIAFA | § | |

**18 CR 410**

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
### (DEALING IN COUNTERFEIT OBLIGATIONS - 18 U.S.C. §473)

On or about May 24, 2018, in the Houston Division of the Southern District of Texas,

**TUKU BABY SIAFA,**

Defendant herein, did knowingly sell, exchange, transfer and deliver a false, forged, altered and counterfeited obligation of the United States, that is, four (4) one-hundred-dollar Federal Reserve Notes, all bearing Serial Number G10157927A, with the intent that the same be passed, published and used as true and genuine.

In violation of Title 18, United States Code, Section 473.

## COUNT 2
### (COUNTERFEITING OBLIGATIONS OF THE U.S. - 18 U.S.C. §471)

On or about May 25, 2018, in the Houston Division of the Southern District of Texas,

**TUKU BABY SIAFA,**

1

Defendant herein, with intent to defraud, did counterfeit, falsely make, forge and alter obligations of the United States, that is, falsely made, forged and counterfeited one-hundred-dollar Federal Reserve Notes, Serial Number G10157927A and A08743403A.

In violation of Title 18, United States Code, Section 471.

TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: _____
JAY HILEMAN
Assistant United States Attorney